ADAM PAUL LAXALT
  Attorney General
JOSHUA M. HALEN, Bar No. 13885
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants
Quentin Byrne, Jessica Moseley,
Ramon Olivas, and Valaree Olivas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| KENNETH FRIEDMAN, | Case No. 3:16-cv-00016-RCJ-WGC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| QUENTIN BYRNE, et al., | |
| Defendants. | |

Plaintiff Kenneth Friedman, appearing pro se, and Defendants Quentin Byrne, Valaree Olivas, Ramon Olivas, and Jessica Moseley, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 20th day of September, 2018.

By: _____
KENNETH FRIEDMAN
*Plaintiff, Pro Se*

DATED this 24th day of September, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
JOSHUA M. HALEN
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED: October 24, 2018

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 24th day of September, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/CEF Electronic Filing on:

Kenneth Friedman #80952
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Laurie Penny*
An employee of the Office
of the Attorney General

3